UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**DR. PHYLLIS L. CARR**

v.                                              **CIVIL ACTION NO. 13-13152-DJC**

**BOSTON UNIVERSITY**

## SETTLEMENT ORDER OF DISMISSAL

CASPER, D.J.

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within forty-five (45) days, to reopen the action if settlement is not consummated.

July 21, 2015

/s/ Lisa M. Hourihan
---------------------------
Deputy Clerk